RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 1 1 2025

BY: _____ DANIEL J. McCOY, CLERK

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA

**AZIEWE K. CALLWOOD**

        Petitioner

VS

**STATE OF LOUISIANA**

District Attorney Stephen C. Dwight,

Sheriff Gary Guillory,

Chief Deputy Gene Pittman,

Warden Brandon Strenth,

Warden Jeff Miller

District Attorney Sonya F. Allen,

Assistant District Attorney Cheryl Lee,

Sheriff Craig D. Owens Sr.,

Chief Deputy Rhonda Anderson,

CASE NO. – 230471698

WARRANT NO.- 23-W-6763

# PETITION FOR WRIT OF HABEAS CORPUS

## 28 USC SECTION 2241

## JURISDICTION

28 USC SEC. 1331; ALL DISTRICT COURTS HAVING ORIGINAL JURISDICTION OF ALL CIVIL ACTION ARISING UNDER THE CONSTITUTION TREATIES, LAWS, STATUES, POLICES, PRACTICES AND PROCEDURES THERE IN.

# INTRODUCTION

1. Prose Petitioner Aziewe K. Callwood a detainee at the State of Georgia, Cobb County Adult Detention Center, Petitions the Honorable Court on the grounds of newly discovered evidence, illegal extradition, unlawful seizure, equal protection violation of United States Code Treaties, Laws, Statues, Policies, Practices, and Procedures, procedural due process violation, double jeopardy violation, on behalf of respondents, State of Georgia, Cobb County District Attorney: SONYA F. ALLEN, Assistant District Attorney: CHERYL LEE, Sheriff: CRAIG D. OWNES SR., Chief Deputy: RHONDA ANDERSON, State of Louisiana, Calcasieu Parish District Attorney: STEPHEN C. DWIGHT, Sheriff: GARY GUILLORY, Chief Deputy: GENE PITTMAN, Wardens: BRANDON STRENTH and JEFF MILLER, and all or any other respondent liable in connection to illegal extradition imposed upon Petitioner, as the Honorable Court deems appropriate.

# BACKGROUND

2. See exhibit # 1-9; November 15, 2024 State of Georgia Cobb County Probable Cause Hearing, Petitioner testified and presented legal documents exhibit # 10 invalid wavier of extradition, Louisiana Code of Criminal Procedure, Article 273 signed by Petitioner June 4th, 2024 and expired June 24th, 2024, Petitioner also presented to state court of Georgia exhibit # 11 illegal extradition document, illegal arrest and booking conducted by State of Georgia, Cobb County Adult Detention Center on October 24th, 2024 four months following execution of waiver by petitioner four months prior on June 4th, 2024 and expired June 24th, 2024.
3. Petitioner presented legal documents in connection to illegal extradition to the State Court State of Georgia, Cobb County Superior/ Magistrate Judge JENNIFER INMON and assistant District Attorney CHERYL LEE who denied Petitioner Judicial Relief requested regarding illegal extradition.
4. Petitioner was illegally extradited from the State of Louisiana to the State of Georgia without the proper procedural due process of law administered to Petitioner.
5. Respondents failed to extradite Petitioner from the State of Louisiana immediately to an accredited agent for the demanding State of Georgia.

# FEDERAL QUESTION JURISDICTION

6. 28 USC SECTION 1331; Federal Question presented? Is it legal or illegal to extradite Petitioner not in accordance within the time limit set by law to take action as prescribed in wavier of extradition, Louisiana Code of Criminal Procedure Article 273, signed by Petitioner on June 4th, 2024 and expired on June 24th, 2024?

# CONCLUSION

7. Respondents in violation; 18 USC SEC. 1201 kidnapping, 18 USC SECT. 241 abuse of authority, 18 USC SEC. 242 deprivation of rights under the color of law, failure to secure and protect Petitioners procedural due process, civil rights, equal protection within its Jurisdiction. Respondents in violation of Petitioners civil rights, fourth, fifth, sixth, eighth and fourteenth amendments to the United States Code Constitution authorized by Congress.

## RELIEF REQUESTED

8. Petitioner seeks in his prayers for relief, Petitioner request the Honorable Court incidental Powers to compel respondents, State of Louisiana, Calcasieu Parish District Attorney: STEPHEN C. DWIGHT, Sheriff: GARY GUILLORY., Chief Deputy: GENE PITTMAN, Warden: BRANDON STRENTH and JEFF MILLER

9. State of Georgia Cobb County District Attorney: SONYA F. ALLEN, Sheriff: CRAIG D. OWNES SR., Chief Deputy: RHONDA ANDERSON, Assistant District Attorney: CHERYL LEE, and all or any other respondents liable for unlawful seizure posed upon Petitioner Mr. Aziewe Kenyatta Callwood, to immediately release Petitioner from custody in connection to illegal extradition on behalf of respondents. Petitioner request judicial injunction against the respondents for failure to secure and protect petitioner's equal protection within its jurisdiction as compulsory. Petitioner request the legal right to be freed from unlawful seizure of life, liberty, and property illegally seized by the respondents without the proper procedural due process of law administered to petitioner as prescribed by congress.

10. Petitioner humbly and respectfully invoke the legal right to be freed from unlawful seizure guaranteed to the fourth amendment to the United States Code Constitution authorized by congress.

11. See attachment # 12 letter of recommendation from President Jason Felipe Steamboat Bill 732 S. Martin Luther King Hwy, Lake Charles, LA. 70601

Respectfully submitted,

AZIEWE KENYATTA CALLWOOD

*/s/ Aziewe K. Callwood*

# CERTIFICATE OF SERVICE

I Aziewe Kenyatta Callwood, do hereby certify under penalty of perjury that I have caused a True and Correct copy of the foregoing Petition for Writ of Habeas Corpus to the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA and District Attorney STEPHEN C. DWIGHT, Petitioner request the clerk of the LOUISIANA WESTERN DISTRICT COURT to serve a true and correct copy to all opposing parties. I also attest that said Petition for Writ of Habeas Corpus is true and correct to the best of my ability.

Respectively Submitted,

AZIEWE KENYATTA CALLWOOD

*/s/ Aziewe K. Callwood*

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT
OF LOUISIANA

**AZIEWE K. CALLWOOD**
        Petitioner                                     CASE NO. – 230471698

VS

**STATE OF LOUISIANA**                            WARRANT NO.- 23-W-6763

**District Attorney Stephen C. Dwight,**

**Sheriff Gary Guillory,**

**Chief Deputy Gene Pittman,**

**Warden Brandon Strenth,**

**Warden Jeff Miller**

**District Attorney Sonya F. Allen,**

**Assistant District Attorney Cheryl Lee,**

**Sheriff Craig D. Owens Sr.,**

**Chief Deputy Rhonda Anderson,**

## PETITION FOR
## WRIT OF HABEAS CORPUS
### 28 USC SECTION 2241

## JURISDICTION

28 USC SEC. 1331; ALL DISTRICT COURTS HAVING ORIGINAL JURISDICTION OF ALL CIVIL ACTION ARISING UNDER THE CONSTITUTION TREATIES, LAWS, STATUES, POLICES, PRACTICES AND PROCEDURES THERE IN.

# INTRODUCTION

1. Prose Petitioner Aziewe K. Callwood a detainee at the State of Georgia, Cobb County Adult Detention Center, Petitions the Honorable Court on the grounds of newly discovered evidence, illegal extradition, unlawful seizure, equal protection violation of United States Code Treaties, Laws, Statues, Policies, Practices, and Procedures, procedural due process violation, double jeopardy violation, on behalf of respondents, State of Georgia, Cobb County District Attorney: SONYA F. ALLEN, Assistant District Attorney: CHERYL LEE, Sheriff: CRAIG D. OWNES SR., Chief Deputy: RHONDA ANDERSON, State of Louisiana, Calcasieu Parish District Attorney: STEPHEN C. DWIGHT, Sheriff: GARY GUILLORY, Chief Deputy: GENE PITTMAN, Wardens: BRANDON STRENTH and JEFF MILLER, and all or any other respondent liable in connection to illegal extradition imposed upon Petitioner, as the Honorable Court deems appropriate.

# BACKGROUND

2. See exhibit # 1-9; November 15, 2024 State of Georgia Cobb County Probable Cause Hearing, Petitioner testified and presented legal documents exhibit # 10 invalid wavier of extradition, Louisiana Code of Criminal Procedure, Article 273 signed by Petitioner June 4th, 2024 and expired June 24th, 2024, Petitioner also presented to state court of Georgia exhibit # 11 illegal extradition document, illegal arrest and booking conducted by State of Georgia, Cobb County Adult Detention Center on October 24th, 2024 four months following execution of waiver by petitioner four months prior on June 4th, 2024 and expired June 24th, 2024.
3. Petitioner presented legal documents in connection to illegal extradition to the State Court State of Georgia, Cobb County Superior/ Magistrate Judge JENNIFER INMON and assistant District Attorney CHERYL LEE who denied Petitioner Judicial Relief requested regarding illegal extradition.
4. Petitioner was illegally extradited from the State of Louisiana to the State of Georgia without the proper procedural due process of law administered to Petitioner.
5. Respondents failed to extradite Petitioner from the State of Louisiana immediately to an accredited agent for the demanding State of Georgia.

# FEDERAL QUESTION JURISDICTION

6. 28 USC SECTION 1331; Federal Question presented? Is it legal or illegal to extradite Petitioner not in accordance within the time limit set by law to take action as prescribed in wavier of extradition, Louisiana Code of Criminal Procedure Article 273, signed by Petitioner on June 4th, 2024 and expired on June 24th, 2024?

# CONCLUSION

7. Respondents in violation; 18 USC SEC. 1201 kidnapping, 18 USC SECT. 241 abuse of authority, 18 USC SEC. 242 deprivation of rights under the color of law, failure to secure and protect Petitioners procedural due process, civil rights, equal protection within its Jurisdiction. Respondents in violation of Petitioners civil rights, fourth, fifth, sixth, eighth and fourteenth amendments to the United States Code Constitution authorized by Congress.

# RELIEF REQUESTED

8. Petitioner seeks in his prayers for relief, Petitioner request the Honorable Court incidental Powers to compel respondents, State of Louisiana, Calcasieu Parish District Attorney: STEPHEN C. DWIGHT, Sheriff: GARY GUILLORY., Chief Deputy: GENE PITTMAN, Warden: BRANDON STRENTH and JEFF MILLER

9. State of Georgia Cobb County District Attorney: SONYA F. ALLEN, Sheriff: CRAIG D. OWNES SR., Chief Deputy: RHONDA ANDERSON, Assistant District Attorney: CHERYL LEE, and all or any other respondents liable for unlawful seizure posed upon Petitioner Mr. Aziewe Kenyatta Callwood, to immediately release Petitioner from custody in connection to illegal extradition on behalf of respondents. Petitioner request judicial injunction against the respondents for failure to secure and protect petitioner's equal protection within its jurisdiction as compulsory. Petitioner request the legal right to be freed from unlawful seizure of life, liberty, and property illegally seized by the respondents without the proper procedural due process of law administered to petitioner as prescribed by congress.

10. Petitioner humbly and respectfully invoke the legal right to be freed from unlawful seizure guaranteed to the fourth amendment to the United States Code Constitution authorized by congress.

11. See attachment # 12 letter of recommendation from President Jason Felipe Steamboat Bill 732 S. Martin Luther King Hwy, Lake Charles, LA. 70601

Respectfully submitted,

AZIEWE KENYATTA CALLWOOD

*Aziewe K. Callwood*

# CERTIFICATE OF SERVICE

I Aziewe Kenyatta Callwood, do hereby certify under penalty of perjury that I have caused a True and Correct copy of the foregoing Petition for Writ of Habeas Corpus to the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA and District Attorney STEPHEN C. DWIGHT, Petitioner request the clerk of the LOUISIANA WESTERN DISTRICT COURT to serve a true and correct copy to all opposing parties. I also attest that said Petition for Writ of Habeas Corpus is true and correct to the best of my ability.

Respectively Submitted,

AZIEWE KENYATTA CALLWOOD

*Aziewe K. Callwood*