**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**AZIEWE KENYATTA CALLWOOD** — **CASE NO. 2:25-CV-00491 SEC P**

**VERSUS** — **JUDGE JAMES D. CAIN, JR.**

**STEPHEN C. DWIGHT, ET AL** — **MAGISTRATE JUDGE LEBLANC**

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 5th day of August, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**